UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Timothy Rose and Stacy Rose, | ) |
| Plaintiffs, | ) Civil Action No. 1:25-cv-01511 |
| vs. | ) Judge Pamela A. Barker |
| The Safariland Group, L.L.C., et al., | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT SUPPLEMENT REGARDING DIVERSITY JURISDICTION**

Defendants hereby submit the following supplemental information requested by the Court on July 22, 2025 regarding the Defendants' citizenship in support of diversity jurisdiction. All of the information provided below is accurate today and was also accurate at the time the Complaint was filed (on June 13, 2025).

1. **Safariland's members**: The sole member of Safariland, LLC is Cadre Holdings, Inc.

2. **Citizenship of Safariland's members**: Cadre Holdings, Inc. is a publicly traded company that is incorporated in Delaware and maintains its principal place of business in Jacksonville, Florida.

3. **Defense Tech's members**: The sole member of Defense Technology, LLC is Safariland, LLC.

4. **Citizenship of Defense Tech's members**: As stated above, the sole member of Safariland, LLC is Cadre Holdings, Inc. Cadre Holdings, Inc. is incorporated in Delaware and maintains its principal place of business in Jacksonville, Florida.

5. **Citizenship of Defendant Keith Forsythe**: Keith Forsythe is a citizen of Louisiana.

6. **Citizenship of Plaintiff Timothy Rose**: Upon information and belief, based on allegations in the Complaint, and review of public records, Plaintiff Timothy Rose is a citizen of Ohio.

7. **Citizenship of Plaintiff Stacy Rose**: Upon information and belief, based on allegations in the Complaint, and review of public records, Plaintiff Stacy Rose is a citizen of Ohio.

Dated: July 23, 2025					Respectfully submitted,

						*/s/ Zachary J. Adams*
						Zachary J. Adams (0095336)
						Rachel N. Byrnes (0097736)
						NELSON MULLINS RILEY & SCARBOROUGH LLP
						1100 Superior Avenue, Suite 2000
						Cleveland, Ohio 44114
						Phone: (216) 304-6181
						Fax: (216) 553-4275
						Email: zach.adams@nelsonmullins.com
						rachel.byrnes@nelsonmullins.com

						*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Zachary J. Adams*

*Counsel for Defendants*

4932-0812-2967 v.1