# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Timothy Rose and Stacy Rose, | ) |
| Plaintiffs, | ) Civil Action No. 1:25-cv-01511 |
| vs. | ) Judge Pamela A. Barker |
| The Safariland Group, L.L.C., et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the parties, that this action shall be dismissed *with prejudice* in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs. By agreement of the parties, the Court retains jurisdiction over the Parties' confidential settlement.

Dated: October 23, 2025

Respectfully submitted,

/s/ Rhonda Baker Debevec
Rhonda Baker Debevec
THE DEBEVEC LAW FIRM
700 W. Saint Clair Ave., Suite 214
Cleveland, OH 44113
Phone: (216) 331-0953
Fax: (216) 331-0954
Email: rdebevec@debeveclaw.com

*Attorney for Plaintiffs*

/s/ Zachary J. Adams
Zachary J. Adams (0095336)
Rachel N. Byrnes (0097736)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1100 Superior Avenue, Suite 2000
Cleveland, Ohio 44114
Phone: (216) 304-6181
Fax: (216) 553-4275
Email: zach.adams@nelsonmullins.com
rachel.byrnes@nelsonmullins.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By:  */s/ Rhonda Baker Debevec*

*Counsel for Plaintiffs*

2

4925-6842-6868 v.1